Ralph W. Roundy against Dorr W. Every and others. No opinion. Judgment affirmed, with costs.

---

ROUSE, Respondent, v. BURLING, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Samuel Rouse against Francis V. N. Burling. H. B. Shoemaker, for appellant. S. Kohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

RUDOLPH v. MONTANT. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Francis Rudolph against Alphonse Montant. No opinion. Motion denied.

---

RUSSELL, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by John W. Russell against the mayor, etc., of city of New York and others. A. J. Westermayr, for appellants. J. F. Sackett, for respondent. No opinion. Judgment affirmed, with costs.

---

SAILE, Appellant, v. JACKSON et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Catherine Saile against Robert Jackson and another. C. G. F. Wahle, for appellant. J. A. Hodge, Jr., for respondents. No opinion. Judgment affirmed, with costs.

---

SARASOHN v. KRANTZ et al. (City Court of New York, General Term. March 28, 1899.) Action by Kasryel H. Sarasohn against Philip Krantz and others. L. A. Malkiel, for appellant. A. H. Sarasohn, for respondents.

PER CURIAM. Order appealed from affirmed.

---

SCANLAN, Respondent, v. KAHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by John Scanlan against Emanuel S. Kahn and others, impleaded, etc. No opinion. Reargument ordered. The court desires a fuller explanation of the construction and operation of the machine.

---

SCHARMANN, Appellant, v. SCHOELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Julius Scharmann against Frederick Schoell and others. No opinion. Order resettled by providing that only one bill of costs be allowed to the respondents. See 49 N. Y. Supp. 1143, 56 N. Y. Supp. 498.

---

SCHENCK, Respondent, v. BARNES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Belle C. Schenck against William D. Barnes and Henry W. Taft, as trustees. No opinion. Order modified on argument by striking therefrom the imposition of $100 costs as a condition for the appellants becoming parties to the action, and as modified affirmed, without costs. See 49 N. Y. Supp. 222, 50 N. Y. Supp. 1133.

---

SCHNEE, Appellant, v. POHLE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Minnie Schnee against Edwin C. Pohle and another. L. O. Van Doren, for appellant. A. E. Pressinger, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

SCHREYER, Respondent, v. SAUNDERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by John Schreyer against Thorndike Saunders impleaded with others. No opinion. This application should be made, under section 1331 of the Code of Civil Procedure, to a justice of the supreme court of special term. Section 1351 of the Code of Civil Procedure applies only to appeals to the appellate division, not to those to the court of appeals. See 56 N. Y. Supp. 921, 1116.

---

SCHWACKHAMER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Eliphalet Schwackhamer against the Metropolitan Street Railway Company. No opinion. Judgment and order affirmed, with costs.

---

SEAMAN, Appellant, v. SEAMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Martha A. Seaman against Mary W. Seaman, Edward W. Seaman. and others. No opinion. Judgment modified on argument so as to reduce allowance of costs to respondent to the sum of $10, and as modified affirmed, without costs of this appeal.

---

SHAFER, Appellant, v. WESTERN NEW YORK & P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Michael Shafer against the Western New York & Pennsylvania Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

SHUTE v. FARMER. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by Noah B. Shute against William W. Farmer. No opinion. Motion denied, on payment of $10 costs.

---

SHUTE, Respondent, v. FARMER, Appellant. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Noah B. Shute against William W. Farmer. P. A. Hendrick, for appellant. J. A. Mapes, for respondent. No opinion. Judgment affirmed, with costs.

---

SILVERSTEIN, Respondent, v. RUGGIERO et al., Appellants. (City Court of New York, General Term. March 6, 1899.) Action by Ja-